**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**John James RUMFIELD,**
**Defendant-Appellant**

**No. 16-11518**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed September 26, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

John James Rumfield, Pro Se

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent John James Rumfield has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rumfield has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rumfield's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.